In the Matter of CHARLES E. WOLF, Judgment-Creditor Respondent-Appellant, against IRVING PORETZ, Judgment-Debtor Appellant-Respondent.— Order unanimously affirmed insofar as it directs the judgment debtor to pay $50 per week on account of the judgment of $16,000, pursuant to the provisions of section 793 of the Civil Practice Act. It is modified, however, to the extent of appointing a receiver who is to receive the payments so ordered and who is to pay out the sums thus collected to the person entitled thereto upon court order after due notice to all interested parties. By this procedure, the rights of all claimants will be adequately protected. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

ELEANOR H. ROSE, Respondent, v. BILLY ROSE, Appellant.— Order unanimously reversed and the motion for discovery and inspection denied. We think the extraordinary remedy of discovery and inspection is unnecessary in the circumstances in this case. Application may be made for modification of the order for examination before trial so as to enable plaintiff to compel production of books and records before the referee named by Special Term, who will supervise the use of same for the limited purposes provided in section 296 of the Civil Practice Act. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. 290 PARK AVENUE, INC., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [290 Park Ave., Borough of Manhattan.] — Order unanimously modified so as to fix the land value as follows: First Two Years, 1947–49, $1,900,000; Next Two Years, 1949–51, $2,000,000; Final Year, 1951–52, $2,100,000 and, as so modified, affirmed. On this record land values higher than those found by Special Term are justified. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.

UNION FISHERIES, INC., Respondent, v. DELCA FISH PRESERVATORS, INC., Appellant, and SAMUEL ZWECKER, Respondent.— Judgment unanimously affirmed, with costs, and the appeal of the defendant-appellant from the dismissal of the complaint against the defendant-respondent Zwecker dismissed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Bergan, JJ.

In the Matter of CITY BANK FARMERS TRUST Co., as Trustee, et al., Respondents-Appellants, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [461–469 Fifth Ave., Borough of Manhattan.] — Order unanimously modified so as to fix the values for each of the two years involved as follows: Land $1,750,000, Building $1,200,000, Total $2,950,000 and, as so modified, affirmed. On this record we think the land value found by Special Term is not justified. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.